NUMBER 13-00-077-CV 



COURT OF APPEALS 



THIRTEENTH DISTRICT OF TEXAS 



CORPUS CHRISTI 

___________________________________________________________________ 



B. R. McGARITY, Appellant, 



v. 



CMC STEEL FABRICATORS, INC., D/B/A 

SAFETY RAILWAY SERVICE, TEXAS, Appellee. 

___________________________________________________________________ 



On appeal from the 267th District Court 

of Victoria County, Texas 

___________________________________________________________________ 



O P I N I O N 



Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellant, B. R. McGARITY, attempted to perfect an appeal from a
judgment entered by the 267th District Court of Victoria
County, Texas, in cause number 97-12-51,319-C. Judgment in this cause was
signed on November 1, 1999. An untimely motion for new trial was filed on
December 3, 1999. Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal was due
on December 1, 1999, but was not filed until January 31,
2000. 

Notice of this defect was given so that steps could be taken to correct the defect, if
it could be done. Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court's letter, the appeal would be dismissed. To
date, no response has been received from appellant. 

The Court, having examined and fully considered the documents on file, appellant's
failure to timely perfect his appeal, and appellant's failure to respond to this Court's
notice, is of the opinion that the appeal should be dismissed for want of jurisdiction.
The appeal is hereby DISMISSED FOR WANT OF JURISDICTION. 

PER CURIAM 



Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 23rd day of March, 2000.